CHRISTOPHER CHIOU
Attorney for the United States
Nevada Bar Number 14853
Acting Under the Authority Conferred by
Title 28, United States Code, Section 515
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar Number 5483
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6281 / Fax: 702.388.6418

*Attorneys for the United States*

| X FILED | RECEIVED |
| --- | --- |
| ENTERED | SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

April 28, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ ASBDEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
| --- | --- |
| UNITED STATES OF AMERICA, | CRIMINAL INFORMATION |
| Plaintiff, | 2:21-cr-00075-GMN-BNW |
| v. | VIOLATION: |
| CARLOS ALBERTO MACIAS SARABIA, | Voting by Alien (18 U.S.C. § 611(a)) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
*Voting by Alien*
(18 U.S.C. § 611(a))

On or about October 24, 2016, within the District of Nevada and elsewhere,

CARLOS ALBERTO MACIAS SARABIA,

defendant herein, an alien, knowing that he was not a United States citizen, did knowingly

vote in an election held in part for the purpose of electing a candidate for the office of

President and Vice President of the United States, in violation of Title 18, United States

Code, Section 611(a).

DATED: this 1st day of March, 2021.

CHRISTOPHER CHIOU
Attorney for the United States


/S/ Daniel R. Schiess
_____
DANIEL R. SCHIESS
Assistant United States Attorney