AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney CARLOS MACIAS SARABIA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-cr-00075-GMN-BNW |
| Plaintiff, | |
| vs. | **PARTIES' JOINT STATUS REPORT REGARDING SENTENCING** |
| CARLOS ALBERTO MACIAS SARABIA, | |
| Defendant. | |

Pursuant to the Court's order[1], Christopher Chiou, Acting United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Amanda S. Pellizzari, counsel for Carlos Alberto Macias Sarabia, hereby submit the following joint status report.

1.    Mr. Macias Sarabia, with counsel, will be appearing at Court in person.

2.    In this case, Mr. Macias Sarabia will be sentenced to one count of Voting by Alien, 18 U.S.C. § 611, a misdemeanor, which is being charged by criminal information.

---

[1] ECF No. 19.

3.    Given the lapse of time between the criminal activity alleged in the criminal information and today, and Mr. Macias Sarabia's desire to resolve the case, any further delay would cause serious harm to the interests of justice.

4.    Sentencing is currently set for August 4, 2021 at 9:00a.m.  In the event the Court elects to reset the hearing, the parties would request a date as soon as possible but no more than 30 days from the current hearing date.

DATED this July 26, 2021.


AMANDA S. PELLIZZARI                    NICHOLAS A. TRUTANICH
Law Office of Amanda Pellizzari LLC       United States Attorney

By:    */s/ Amanda S. Pellizzari*          By:    */s/ Daniel R. Schiess*
       Amanda S. Pellizzari                        Daniel R. Schiess
                                                   Assistant United States Attorney